1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EINSTEIN AND NOAH CORP. dba<br>NOAH'S BAGELS #2105; BPP<br>LAKESHORE PLAZA LLC,<br><br>　　　　Defendants. | Case No.: 4:17-cv-05880-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION TO**<br>**EXTEND MEDIATION DATE**<br><br>Complaint Filed:　　　October 13, 2017 |

1    Having considered the parties' Joint Stipulation to Extend the Mediation Date, and

2    good cause appearing therefore:

3        IT IS HEREBY ORDERED THAT the Stipulation is GRANTED and that the Mediation

4    currently set for June 5, 2018 is continued until June 19, 2018.

5        IT IS SO ORDERED.

6

7    DATED:  June 1, 2018

8                                            Hon. Haywood S. Gilliam, Jr.
                                             United States District Court Judge